MYTHILI RAMAN
Acting Assistant Attorney General

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BRIAN R. YOUNG
ANNA KAMINSKA
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-3114

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | ) MOTION TO UNSEAL |
| Plaintiff, | ) Case Number 2:13-cr-439 |
| vs. | ) |
| ANTHONG BRANDEL, JOSEPH MICELLI, JAMES WARRAS, SEAN FINN, MARTIN SCHLAEPFER, and HANS-JURG LIPS, | ) |
| Defendants. | |

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, Mythili Raman, Acting Assistant Attorney General, and Brian Young and Anna Kaminska, Trial Attorneys, and hereby moves this Court to unseal the above-captioned matter, including the un-redacted indictment. On December 12, 2013, the Honorable Nancy J. Koppe unsealed a redacted version of the indictment.

///

///

1

<pre>
</pre>

The sealing of the un-redacted indictment and the above-captioned matter is no longer necessary.

DATED this _13_ day of December 2013.

DANIEL G. BOGDEN
United States Attorney

_Kathryn Newman for_
BRIAN R. YOUNG
Trial Attorney

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2013