1  DANIEL G. BOGDEN
   United States Attorney

2
   BRIAN R. YOUNG
3  ANNA G. KAMINSKA
   Trial Attorneys
4  1400 New York Avenue, NW
   Washington, DC 20530
5  (202) 616-3114

6            UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7                      -oOo-

8  United States of America,          )
                                      )
9           Plaintiff,                )   2:13-cr-00439-LDG-VCF
                                      )
10          vs.                       )   MOTION TO APPEAR TELEPHONICALLY
                                      )
11 ANTHONY BRANDEL,                   )
   JOSEPH MICELLI,                    )
12 JAMES WARRAS,                      )
   SEAN FINN,                         )
13 MARTIN SCHLAEPFER, and             )
   HANS-JURG LIPS,                    )
14                                    )
            Defendants.               )
15

       The United States respectfully submits this motion seeking leave to appear telephonically

16 for the hearing on defendant Joseph Micelli's motion to designate this matter as complex, which

17 is set for June 20, 2014.  Dkt. 55.  Counsel for James Warras and Anthony Brandel do not

18 oppose this motion to appear telephonically.  Counsel for the United States was unable to contact

19 counsel for Mr. Micelli to obtain his consent.

20 ///

21

22

23

24

                                      1

1    The basis for the instant motion to appear telephonically is that a telephonic appearance

2  would save travel expenses for counsel for the United States, who works in Washington, D.C.

3

4                                                    Respectfully Submitted,

5                                                    /s Brian R. Young
                                                     BRIAN R. YOUNG
                                                     Trial Attorney
6                                                    U.S. Department of Justice

7

8    IT IS SO ORDERED.

9

10   _____
     UNITED STATES MAGISTRATE JUDGE
     DATED: _____6-17-2014_____
11

12

13

14       The call in conference number is 1-702-868-4911, passcode 123456.  The call must be
         generated from a land line.

15

16

17

18

19

20

21

22

23

24

1  DANIEL G. BOGDEN
   United States Attorney

2
   BRIAN R. YOUNG
3  ANNA G. KAMINSKA
   Trial Attorneys
   1400 New York Avenue, NW
4  Washington, DC 20530
   (202) 616-3114

5
                    UNITED STATES DISTRICT COURT
6                        DISTRICT OF NEVADA
7                                -oOo-

8  United States of America,              )
                                          )
9             Plaintiff,                   )    2:13-cr-00439-LDG-VCF
                                          )
10         vs.                            )    CERTIFICATE OF SERVICE
                                          )
11 ANTHONY BRANDEL,                        )
   JOSEPH MICELLI,                         )
12 JAMES WARRAS,                           )
   SEAN FINN,                              )
13 MARTIN SCHLAEPFER, and                  )
   HANS-JURG LIPS,                         )
14                                         )
              Defendants.                  )
15

16        I, the undersigned, hereby certify that this pleading was filed with the clerk of court via

17 ECF and will be served electronically via ECF on all parties that have entered their appearances

18 in this case.

19        Dated: June 17, 2014

20

21                                                    __/s_____
                                                      Brian R. Young
22                                                    Trial Attorney
                                                      U.S. Dept. of Justice
23

24

                                              3