DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRIAN R. YOUNG
ANNA G. KAMINSKA
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-3114

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) 2:13-cr-00439-LDG-VCF |
| vs. | ) STIPULATION |
| ANTHONY BRANDEL, et al., | ) |
| Defendants. | ) |

The parties hereby stipulate that the wire transfers described in counts two through thirteen of the indictment traveled in interstate commerce.

/s Brian R. Young
BRIAN R. YOUNG
Trial Attorney
U.S. Department of Justice

/s Anna G. Kaminska
ANNA G. KAMINSKA
Trial Attorney
U.S. Department of Justice

/s Brian J. Smith
BRIAN J. SMITH
GABRIEL L. GRASSO
Attorneys for defendant Anthony Brandel

1

/s Mace Yampolsky
MACE YAMPOLSKY
Counsel for defendant Joseph Micelli

/s Raquel Lazo
RAQUEL LAZO
Counsel for defendant James Warras

ORDER

_____
Lloyd D. George
Sr. U.S. District Judge

IT IS SO ORDERED.
DATED this  2nd  day of July, 2015.