UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:13-CR-439-KJD-(VCF) |
| ANTHONY BRANDEL, | ) ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that defendant ANTHONY BRANDEL was found guilty on Count One of a Twenty-Four-Count Criminal Indictment charging him with Conspiracy to Commit Wire Fraud and Securities Fraud in violation of Title 15, United States Code, Section 78j(b) and Title 18, United States Code, Sections 371 and 1343; in Counts Three through Four, Six through Seven, and Nine through Thirteen with Wire Fraud in violation of Title 18, United States Code, 1343; and in Counts Fifteen through Eighteen and Twenty-One through Twenty-Four charging him with Securities Fraud in violation of Title 15, United States Code, Section 78j(b) and Title 17, Code of Federal Regulations, Section 240.10b-5. Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 208; Jury Verdict, ECF No. 215.

This Court finds that ANTHONY BRANDEL shall pay a criminal forfeiture money judgment of $5,600,000 in United States Currency to the United States of America, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

/ / /

Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANTHONY BRANDEL a criminal forfeiture money judgment in the amount of $5,600,000 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 14th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on January 12, 2016.

/s/ Michelle C. Lewis
MICHELLE C. LEWIS
Paralegal Specialist