DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Mark.Woolf@usdoj.gov
Counsel for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-439-KJD-(VCF) |
| Plaintiff, | |
| v. | United States of America's Unopposed Motion to Extend Time to File its Replies to the Responses (ECF Nos. 311, 312, 314, and 315) to the Motions Regarding Restitution and Forfeiture (ECF Nos. 296-298) (First Request) |
| ANTHONY B. BRANDEL, and JAMES WARRAS, | |
| Defendants. | |

The United States of America respectfully moves this Court for an Order extending the time for the United States to file its replies to the responses (ECF Nos. 311, 312, 314, and 315) to the motions (ECF Nos. 296-298) regarding restitution and forfeiture. This motion is the first request for an extension of time to file the replies because of the necessary legal researching for the replies, the interviewing of witnesses, the obtaining of declarations, and the obtaining evidence from the victims and witnesses, who did not testify at trial, have taken longer than anticipated in addition to the already full workloads. The deadline for filing the replies is November 4, 2016. The United States requests a two-week extension of the schedule as follows: Replies due November 18, 2016; and the hearing remaining December 6, 2016.

The grounds for extending the time are as follows.

Raquel Lazo and Kathleen Bliss, counsel for James Warras (Warras) and Anthony Brandel (Brandel) respectively, were contacted on November 2, 2016, and agreed to the extension of time.

Undersigned counsels have large case loads and have been unable to complete the replies with the interviews, declarations, and additional evidence.

The Motions for Entry of Forfeiture and Restitution were filed September 14, 2016 (ECF Nos. 296-298). Warras filed his response October 12, 2016 (ECF Nos. 311 and 312). Brandel filed his Responses October 21, 2016 (ECF Nos. 314 and 315). Motions for Joinder were filed on October 21 and 24, 2016, to link the co-defendant's responses (ECF Nos. 316-319).

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, November 18, 2016..

DATED this 3rd day of November, 2016.

DANIEL G. BOGDEN
United States Attorney

/s/  Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

/s/  Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 3, 2017 *nunc pro tunc*___