# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY BRANDEL, *et al.*,

    Defendants.

Case No. 2:13-CR-00439-KJD-VCF

**ORDER**

    Presently before the Court is the Government's Motion in Limine to prevent Defendants from Relitigating their Guilt in the Restitution and Forfeiture Eighth Amendment Evidentiary Hearing (#331). Defendants have not filed a response as of the date of this Order and the time to do so has passed.

    Having read and considered the present Motion, and finding good cause therein, this Court **grants** the Government's Motion (#331). The submitted relevant and reliable evidence, information, and testimony is not permitted for the purposes of Defendants relitigating their guilt. The evidence, information and testimony are permitted, however, solely for proof of the restitution amounts, the forfeiture amounts, the pattern, the causation, and the close relation to Defendants' crimes.

    Accordingly, the Court **GRANTS** the motion (#331).

**IT IS SO ORDERED.**

    DATED this 26th day of April 2017.

Kent J. Dawson
United States District Judge