STEVEN W. MYHRE
Acting United States Attorney
Nevada State Bar No. 9635
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada State Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Daniel.Hollingsworth@usdoj.gov
Counsel for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-439-KJD-(VCF) |
| Plaintiff, | |
| v. | Government's Unopposed Motion to Continue the Evidentiary Hearing scheduled for June 14, 2017, at 9:00 a.m. (First Request) |
| ANTHONY B. BRANDEL, and JAMES WARRAS, | |
| Defendants. | |

    The United States of America moves this Court for an Order to continue the Evidentiary Hearing scheduled for June 14, 2017, at 9:00 a.m. because Assistant United States Attorney Daniel D. Hollingsworth will be unavailable. Assistant Federal Public Defenders Raquel Lazo and Amy Cleary, counsel for James Warras, and Stephen Stein, counsel for Anthony B. Brandel, have agreed to the continuance of the hearing.

    After reviewing the three attorneys' schedules, the three witnesses' schedules, and checking with this Court's schedule, it appears the best time available for all parties regarding the evidentiary hearing is the week of August 28, 2017, if this Court is still available that week. The government believes the evidentiary hearing will take more than one day to complete. This unopposed motion is the government's first request for continuance of the Evidentiary Hearing.

The parties have not submitted this unopposed motion for continuance solely for the purpose of delay or for any other improper purpose.

This Court should grant the government's continuance.

DATED: May 23, 2017.

> STEVEN W. MYHRE
> Acting United States Attorney
>
> /s/ Daniel D. Hollingsworth
> DANIEL D. HOLLINGSWORTH
> Assistant United States Attorney

> IT IS SO ORDERED:
>
> _____
> UNITED STATES DISTRICT JUDGE
>
> DATED:  5/26/2017

## PROOF OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on May 23, 2017.

> /s/ Michelle C. Lewis
> MICHELLE C. LEWIS
> Asset Forfeiture Paralegal

2