TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
tony.lopez@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00439-KJD-MDC |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| MARTIN SCHLAEPFER, | |
| Defendant. | |

The United States of America, by and through Assistant U.S. Attorney Richard Anthony Lopez, Deputy Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Paul Hayden, Trial Attorney with the Fraud Section of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

Mr. Hayden is a member in good standing of the bar of Virginia. He is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Contact information for Mr. Hayden is provided below:

Paul Hayden
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
Tel: 202-353-9370
Email: paul.hayden2@usdoj.gov

Dated: April 22, 2026

Respectfully submitted,

/s/ Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Deputy Chief, Criminal Division

IT IS SO ORDERED: _____

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Dated: 5/11/2026

2